Patrick W. Cullinan, as State Commissioner of Excise, Respondent, v. Federal Union Surety Company, Appellant.— Order affirmed, with ten dollars costs and disbursements, on the opinion of Mr. Justice Wilmot M. Smith at Special Term. (Reported in — Misc. Rep. —.) Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Margaret C. Delile, Respondent, v. The Long Island Realty Company and Others, Appellants.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

Lafayette Dey, Respondent, v. Anna A. Kipp, as Administratrix, etc., Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Charles E. Dorfuss, Respondent, v. Manhattan Railway Company, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Walter F. Duckworth, Appellant, v. Michaline Shimko, Respondent — Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that if the plaintiff was entitled to recover, he was entitled to a commission of two and one-half per cent as agreed to by the borrower. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Thomas M. Farley, Respondent, v. Samuel Mundheim Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

Annie Ficarro, as Administratrix, etc., of Angelo Ficarro, Deceased, Respondent, v. New York and Queens Electric Light and Power Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

William H. Flaherty, Respondent, v. Manhattan Transit Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Louise R. Fowler, as Executrix, etc., of George R. Fowler, Deceased, Appellant, v. Northrup Durham, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

McClelland Freer, Respondent, v. The Crane-Giles Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Henry E. Frey, as Administrator, etc., of Frederick Frey, Deceased, Appellant, v. Frank A. Barnaby and William H. Van Schaick, Who Are Sued with the Knickerbocker Steamboat Company, Respondents.— Order affirmed, with ten dollars costs and disbursements, on the authority of Cassavoy v. Pattison (101 App. Div. 128). Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

Rose Frey, Appellant, v. Francine Fougera and Renee G. Fougera, as Administratrices of Cecile Leonide Fougera, Deceased, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

William Gleichmann, Respondent, v. Frederick Theiss, Sr., Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Solomon Goldenberg, Appellant, v. Jacob Zirinsky, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Sarah Goldman, Respondent, v. Barnett B. Goldberg, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Richard Goodwin, Appellant, v. Wilhelmina Ochs, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.